# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL R. CASTELLA & SUSAN L. CASTELLA    Case Number: 05-70517
7211 HIAWATHA DRIVE    SSN-xxx-xx-3241 & xxx-xx-4330
WONDER LAKE, IL  60097

Case filed on: 2/11/2005
Plan Confirmed on: 5/13/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $19,665.45    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL R. CASTELLA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LITTON LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 10,831.64 | 10,831.64 | 8,024.94 | 0.00 |
| 003 | WILSHIRE CREDIT CORPORATION | 5,200.00 | 5,200.00 | 3,852.57 | 0.00 |
| 004 | WELLS FARGO AUTO FINANCE | 5,000.00 | 5,000.00 | 3,471.35 | 874.22 |
| 005 | WILSHIRE CREDIT CORPORATION | 30,580.29 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 51,611.93 | 21,031.64 | 15,348.86 | 874.22 |
| 004 | WELLS FARGO AUTO FINANCE | 594.49 | 594.49 | 0.00 | 0.00 |
| 006 | ARUN & SUNITA NARANG, MDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS BANKRUPTCY SERVICE | 4,691.59 | 4,691.59 | 0.00 | 0.00 |
|  | Total Unsecured | 5,286.08 | 5,286.08 | 0.00 | 0.00 |
|  | Grand Total: | 59,098.01 | 28,517.72 | 17,548.86 | 874.22 |

Total Paid Claimant:    $18,423.08
Trustee Allowance:    $1,242.37
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008    By  /s/Heather M. Fagan